**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darnell Edward KEYE, Defendant–**
**Appellant.**

**No. 10–13805**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 18, 2011.

Terry Flynn, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Gregory Patrick McMahon, U.S. Attorney's Office, Gainesville, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, Chet Kaufman, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Darnell Edward Keye, Jesup, GA, pro se.

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Darnell Edward Keye, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, we **GRANT** counsel's motion to withdraw, and **AFFIRM** the revocation of Keye's supervised release and the sentence imposed by the district court.